UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br>James & Elizabeth Rice<br>_____<br><br>VS.<br><br>3M COMPANY AND ARIZANT HEALTHCARE, INC. | **AMENDED EXHIBIT B TO PRETRIAL ORDER #8 –<br>FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, **James Rice**, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, **James Rice**, is a resident and citizen of the State of **New York** and claims damages as set forth below.

3. Plaintiff's Spouse, **Elizabeth Rice**, is a resident and citizen of the State of **New York**, and claims damages as set forth below.

*[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where

1

this Complaint would have been filed absent the direct filing order by this Court is **New York Northern District Court**.

6. Plaintiff brings this action *[check the applicable designation]*:

☑ On behalf of [himself/herself];

☐ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about **2/3/2010**, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of [his/her] **Right total knee Replacement** [Type of Surgery] at the **Community Memorial Hospital, 150 Broad Street** [medical center and address], in **Hamilton, NY** [city and state], by Dr. **IVAN GOWAN**.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The Pathogen identified was **unknown etiology** (*if known*).

2

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone ____IV Antibiotics, Irrigation & Debridement____ [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about ____3/26/2010____, at ____Community Memorial Hospital, 150 Broad Street, Hamilton, NY____ [medical center(s) and address(es)] by Dr(s). ____IVAN GOWAN____. [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

    ☑ INJURY TO HERSELF/HIMSELF

    ☐ INJURY TO THE PERSON REPRESENTED

    ☐ WRONGFUL DEATH

    ☐ SURVIVORSHIP ACTION

    ☑ ECONOMIC LOSS

    (b) Plaintiff's spouse claims damages as a result of (check all that are applicable): [*Cross out if not applicable.*]

    ☑ LOSS OF SERVICES

    ☑ LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

    ☑ FIRST CAUSE OF ACTION - NEGLIGENCE;

- [✓] SECOND CAUSE OF ACTION - STRICT LIABILITY;
  - [✓] FAILURE TO WARN
  - [✓] DEFECTIVE DESIGN AND MANUFACTURE
- [✓] THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;
- [✓] FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF __New York__, N.Y. U.C.C. Law §§ __2-314, et seq.__;
- [✓] FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;
- [✓] SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;
- [✓] SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;
- [✓] EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;
- [✓] NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF __New York__, N.Y. Gen. Bus. Law §§ __349, et seq & 350-e, et seq.__;
- [✓] TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;
- [✓] ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;
- [✓] TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;
- [✓] THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and
- [✓] FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

n/a _____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement;
7. Restitution of remedy Defendants' unjust enrichment; and
8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 5/24/2017 _____

Respectfully submitted,
BROWN AND CROUPPEN, P.C.
/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com
ATTORNEY FOR PLAINTIFF